AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>THOMAS BARANYI<br>█████████<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00024
Assigned to: Judge Harvey, G. Michael
Assign Date: 1/10/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cassidy Vreeland Special Agent, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

Date: _____ 01/10/2021 _____

_____
G. Michael Harvey
2021.01.10 15:56:41 -05'00'
*Judge's signature*

City and state: _____ Washington, D.C. _____

Hon. G. Michael Harvey, U.S. Magistrate Judge
_____
*Printed name and title*