AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| THOMAS BARANYI | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Thomas Baranyi ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:
  Violations of 18 U.S.C. 1752{a) and 40 U.S.C. 5104{e}{2).

Date:   01/10/2021

*Issuing officer's signature*

G. Michael Harvey
2021.01.10 15:58:07
-05'00'

City and state:   Washington D.C.

Hon. G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* 1/10/2021 | , and the person was arrested on *(date)* 1/12/2021 |

at *(city and state)*   New Jersey .

Date:  1/14/2021

*Arresting officer's signature*

Cassidy Vreeland, Special Agent FBI
*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 21-mj-24 |
| | ) | |
| THOMAS BARANYI | ) | |
| ▮▮▮▮▮▮▮▮▮ | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cassidy Vreeland Special Agent, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

Date: ___01/10/2021___

_____
*Judge's signature*

G. Michael Harvey
2021.01.10 15:56:41 -05'00'

City and state: ___Washington, D.C.___    Hon. G. Michael Harvey, U.S. Magistrate Judge
_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Case No: 21-mj-24** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **VIOLATIONS:** |
| | **:** | |
| **THOMAS BARANYI,** | **:** | **18 U.S.C. § 1752(a),** |
| | **:** | **(Restricted Building or Grounds)** |
| **Defendant.** | **:** | |
| | **:** | **40 U.S.C. § 5104(e)(2)** |
| | **:** | **(Violent Entry or Disorderly Conduct)** |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
**AND ARREST WARRANT**

I, Cassidy Vreeland, being first duly sworn, hereby depose and state as follows:

**PURPOSE OF AFFIDAVIT**

1.       This Affidavit is submitted in support of a Criminal Complaint charging THOMAS BARANYI with violations 18 U.S.C. § 1752(a) and 40 U.S.C. § 5104(e)(2). I respectfully submit that this Affidavit establishes probable cause to believe that BARANYI (1) did knowingly enter or remain in any restricted building or grounds without lawful authority, or did knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct, and (2) did willfully and knowingly engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of any deliberations of either House of Congress. Specifically, on or about January 6, 2021, BARANYI knowingly and willfully joined a crowd of individuals who forcibly entered the U.S. Capitol and impeded, disrupted, and disturbed the orderly conduct of business by the United States House of Representatives and the United States Senate.

## BACKGROUND OF AFFIANT

2.      I have been employed as a Special Agent with the Federal Bureau of Investigation since May 2009 and I am currently assigned to the Newark Field Office.  For the duration of my employment as a Special Agent, I have been assigned to investigate international and domestic terrorism matters.  In these investigations, I have been involved in the application for and execution of numerous arrest and search warrants related to the aforementioned criminal offenses.  Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology utilized by violent criminal offenders.

3.      Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports.  Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States.  The dates listed in this Affidavit should be read as "on or about" dates.

## <u>BACKGROUND</u>

1.      The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police.  Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.  On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

2.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of

the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate chamber.

3.      With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

4.      During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

5.       On January 6, 2021, THOMAS BARANYI, DOB ████████, a resident of New Jersey, was interviewed by a reporter with WUSA-9, a local Washington, D.C., television station, on the U.S. Capitol Grounds about forcing his way into the U.S. Capitol building.  At least a portion of the interview was posted in a video online.  I have reviewed the video and identified BARANYI as the individual answering questions by comparing the individual's image in the video with New Jersey driver's license records for an individual sharing BARANYI's name and date of birth.  In addition, in the video, the individual identifies himself as "Thomas Baranyi" and states he is from New Jersey.  In the recorded interview, BARANYI is wearing a blue New York Giants sweatshirt, a blue backpack, and a navy blue baseball hat, which BARANYI is wearing backwards, with the words "Rebuild America Trump Pence 2016" on the front above the bill.

6.       In the interview, BARANYI made several statements about his activities at the U.S. Capitol on January 6, 2021, including the following:

a.       BARANYI began by showing the reporter blood on his hand, as shown in the screenshot below.   When asked how he got blood on his hand, BARANYI explained that "[w]e had stormed into the chambers inside and there was a young lady who rushed through the windows.  A number of police and Secret Service were saying get down, get out of the way.  She didn't heed the call and as we kind of raced up to try to grab people and pull them back, they shot her in the neck, and she fell back on me."



b.      When asked how he got out of the building, BARANYI stated that "riot police came in and started ushering us out with their sticks and stuff."

c.      BARANYI explained he entered the building on the side "with the scaffolding."   From publicly available photographs and video, I know that scaffolding was in place on the west side of the U.S. Capitol on January 6, 2021, in preparation for the Presidential Inauguration scheduled for January 21, 2021. BARANYI further explained that "we tore through the scaffolding, through flash bangs and tear gas, and blitzed our way in through all the chambers just trying to get into Congress or whoever we could get in to and tell them that we need some kind of investigation into this."   From my review of other publicly available videos and public reporting of the activities at the U.S. Capitol on January 6, 2021, I know that a large group of individuals climbed through the scaffolding on the west side of the building and pushed their way past barriers and U.S. Capitol Police to enter the U.S. Capitol.

d.      When the reporter asked BARANYI if he needed medical attention, he stated

that he was not injured and that "it could have been me, but she went in first.  It was one of us."

e.      BARANYI later stated, "It was a joke to them until we got inside and then guns came out, but we're at a point now, it can't be allowed to stand.  We have to do something.  People have to do something."  BARANYI then held up his bloody hand again and stated, "because this could be you or your kids."

7.      On or about January 8, 2021, clips of videos were posted online by *The Washington Post* ("the *Post*"), which the *Post* identified as recordings of the shooting of a woman, later identified as Ashli Babbitt, by a U.S. Capitol Police Officer at an entryway to the Speaker's Lobby within the U.S. Capitol on January 6.  I know from public source information that the Speaker's Lobby is the hallway from which one can enter directly into the chamber of the U.S. House of Representatives.  The Speaker's Lobby is set off from the rest of the Capitol Building by doors with glass windows.

8.      I have reviewed the video clips published by the *Post* which show the shooting as well as the minutes immediately before and immediately after.  A white male can be seen in the clips matching BARANYI's driver's license photo and wearing the same apparel and backpack BARANYI was wearing in the WUSA-9 interview on the same day.

a.      One of the clips, attributed by the *Post* to "RMG News," shows BARANYI standing next to a window opening in a door to the Speaker's Lobby from which the glass had just been busted out by another individual and next to Babbitt immediately before and at the moment Babbitt was shot[1]:

---

[1] The shading and blue box were not placed by the affiant, but appear to have been placed by an editor of the video.

6



b.      Another of the clips, attributed to "JaydenX," shows BARANYI standing

over Babbitt immediately after the shooting:



9.      I have also reviewed video footage matching that published by the *Post* that was

published on a YouTube channel attributed to "JaydenX," and which includes additional footage

from within the U.S. Capitol.  At one point, the footage includes a recording of a large group of

individuals inside the U.S. Capitol attempting to enter an area blocked by law enforcement officers.

A white male matching BARANYI's driver's license photo and wearing the same apparel BARANYI was wearing in the videos described above is seen in the crowd:



## CONCLUSIONS OF AFFIANT

10.     Based on the foregoing, your affiant submits that there is probable cause to believe that BARANYI violated:

a.      18 U.S.C. § 1752(a), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (3) knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions, obstruct or impede ingress or

egress to or from any restricted building or grounds; or (4) knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a restricted building includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance; and

b.  40 U.S.C. § 5104(e)(2)(D), which makes it a crime for an individual or group of individuals to willfully and knowingly (A) enter or remain on the floor of either House of Congress or in any cloakroom or lobby adjacent to that floor, in the Rayburn Room of the House of Representatives, or in the Marble Room of the Senate, unless authorized to do so pursuant to rules adopted, or an authorization given, by that House; (B) enter or remain in the gallery of either House of Congress in violation of rules governing admission to the gallery adopted by that House or pursuant to an authorization given by that House; (C) with the intent to disrupt the orderly conduct of official business, enter or remain in a room in any of the Capitol Buildings set aside or designated for the use of— (i) either House of Congress or a Member, committee, officer, or employee of Congress, or either House of Congress; or (ii) the Library of Congress; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress

or either House of Congress; (E) obstruct, or impede passage through or within, the

Grounds or any of the Capitol Buildings; (F) engage in an act of physical violence

in the Grounds or any of the Capitol Buildings; or (G) parade, demonstrate, or picket

in any of the Capitol Buildings.

11.     As such, I respectfully request that the court issue an arrest warrant for BARANYI.


The statements above are true and accurate to the best of my knowledge and belief.



_____
SPECI  L     ENT CASSIDY VREELAND
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone, this 10 day of January, 2021.

G. Michael Harvey
2021.01.10 15:58:30 -05'00'

_____
HON. G.  MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
                                    *Plaintiff*

v.

THOMAS BARANYI
                                    *Defendant*

MAGISTRATE JUDGE: __Waldor__

CASE NO. __2:21-9026__

DATE OF PROCEEDINGS: __1/12/21__

DATE OF ARREST: __1/12/21__

**PROCEEDINGS:** __Initial__

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS          *for today only, see below*
- [ ] ORDER OF DETENTION
- [x] APPT. OF COUNSEL: [x] AFPD    [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A
      BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: __100,000.00__
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR
      ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [x] OTHER: __Initial in USDC of DC__

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: __1/18/21 1pm (Michael)__

**APPEARANCES:**

AUSA: __Joyce Malliet__

DEFT. COUNSEL: __Adam Axel (for today only)__

PROBATION: _____

INTERPRETER _____
                    Language:

TIME COMMENCED: __4:15pm__
TIME TERMINATED: __4:45pm__
CD NO: __Zoom__

- Def has retained counsel,
  counsel unavailable for todays
  hearing. FPD steps in for todays
  purposes only

- Def consent to hearing by
  video

_____ TIM GORMAN
        DEPUTY CLERK

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:21-9026 |
| | ) | |
| THOMAS BARANYI | ) | |
| | ) | Charging District's Case No.   21-24 |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
_____ District of Columbia _____ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been
        committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise,
        unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary
        or detention hearing to which I may be entitled in this district.  I request that my
        ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by
        that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:   1/12/21                                by video consent
                                        _____
                                              *Defendant's signature*

                                        _____
                                          *Signature of defendant's attorney*

                                        Thomas Baranyi
                                        _____
                                        *Printed name of defendant's attorney*

DNJ-CR-011   (3/2010) Appearance Bond

# UNITED STATES DISTRICT COURT

For the _____ District of _____ NEW JERSEY

UNITED STATES OF AMERICA
V.

### APPEARANCE BOND

THOMAS BARANYI
_____
Defendant

Case Number:   2:21-9026

Non-surety:   I, the undersigned defendant acknowledge that I and my . . .
Surety:   We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _100,000.00_  UNSECURED / SECURED

The conditions of this bond are that the defendant _____ THOMAS BARANYI _____
                                                                                        (Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any
and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a
condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which
the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such
matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall
continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this
bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the
amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any
United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is
forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States
District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and
execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws
of the United States.

This bond is signed on _____ 1/12/21 _____ at _____ NWK _____ , New Jersey _____
                                              Date                                              Place

Defendant _____ by video consent _____ Address _____
                                                                                    (City & State Only)

Surety _____ Address _____
                                                                                    (City & State Only)

Surety _____ Address _____
                                                                                    (City & State Only)

Signed and acknowledged before me on _____ 1/12/21 _____
                                                                        Date

Approved _____          _____
                          Judicial Officer                                       Deputy Clerk

                                                            WILLIAM T. WALSH, CLERK

DNJ-CR-011   (3/2010) Appearance Bond

# UNITED STATES DISTRICT COURT

For the _____   District of _____   NEW JERSEY _____

UNITED STATES OF AMERICA

V.

## APPEARANCE BOND

THOMAS BARANYI
_____
Defendant

Case Number:   2:21-9026

Non-surety:   I, the undersigned defendant acknowledge that I and my . . .

Surety:   We, the undersigned, jointly and severally acknowledge that we and our . . .

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ _100,000.00_ UNSECURED / SECURED

The conditions of this bond are that the defendant _____ THOMAS BARANYI _____
                                                                                            (Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _____ 1/12/21 _____ at _____ NWK _____, New Jersey _____
                                                        Date                                    Place

Defendant __ by video consent __ Address _____
                                                                (City & State Only)

Surety _____ Address _____
                                                                (City & State Only)

Surety _____ Address _____
                                                                (City & State Only)

Signed and acknowledged before me on __ 1/12/21 __ _____
                                                                Date

Approved _____        WILLIAM T. WALSH, CLERK _____
                    Judicial Officer                                                      Deputy Clerk

UNITED STATES DISTRICT COURT

for the District of New Jersey

United States of America

v.

**THOMAS BARANYI**

Defendant

**ORDER SETTING
CONDITIONS OF RELEASE**

Case Number: 2:21-9026

IT IS ORDERED on this <u>12</u> day of <u>January</u>, 2019 that the release of the defendant is subject to the following conditions:

    (1) The defendant must not violate any federal, state or local law while on release.
    (2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by
        42 U.S.C. § 14135a.
    (3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before
        any change of address and/or telephone number.
    (4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

**Release on Bond**

Bail be fixed at $ <u>100,000.00</u> and the defendant shall be released upon:

    (X) Executing an unsecured appearance bond ( ) with co-signor(s)_____;
    ( ) Executing a secured appearance bond ( ) with co-signor(s)_____, and ( ) depositing
        in cash in the registry of the Court _____% of the bail fixed; and/or ( ) execute an agreement to forfeit designated property
        located at _____. Local Criminal Rule 46.1(d)(3) waived/not waived by the
        Court.
    ( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

**Additional Conditions of Release**

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:
    (☑) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel,
        including but not limited to, any arrest, questioning or traffic stop.
    ( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness,
        victim, or informant; not retaliate against any witness, victim or informant in this case.
    ( ) The defendant shall be released into the third party custody of _____

        who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure
        the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the
        defendant violates any conditions of release or disappears.

        Custodian Signature: _____ Date: <u>1/12/21</u>

( ✓ )  The defendant's travel is restricted to ( ✓ ) New Jersey ( ✓ ) Other   D. C (court purposes only) _____ ( ✓ )  unless approved by Pretrial Services (PTS).

( ✓ )  Surrender all passports and travel documents to PTS. Do not apply for new travel documents.

( )  Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.

( ✓ )  Refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be removed by 24 hours_____ and verification provided to PTS. Defendant shall also surrender all fiream purchaser's identification cards and permits to pretrial Services.

( )  Mental health testing/treatment as directed by PTS.

( )  Abstain from the use of alcohol.

( ✓ )  Maintain current residence or a residence approved by PTS.

( ✓ )  Maintain or actively seek employment and/or commence an education program.

( )  No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.

( )  Have no contact with the following individuals: _____

( )  Defendant is to participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

    ( )  (i)  Curfew. You are restricted to your residence every day ( ) from_____to_____, or ( ) as directed by the pretrial services office or supervising officer; or

    ( )  (ii)  Home Detention. You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer. Additionally, employment ( ) is permitted ( ) is not permitted.

    ( )  (iii)  Home Incarceration. You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.

    ( )  (iv)  For the purpose of Location Monitoring, the defendant shall install a landline in his/her residence within 10 days of release, unless waived by Pretrial Services.

( )  Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant shall pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the pretrial services office or supervising officer.

    ( )  (i)  No Computers - defendant is prohibited from possession and/or use of computers or connected devices.

    ( )  (ii)  Computer - No Internet Access: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc);

    ( )  (iii)  Computer With Internet Access: defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.

    ( )  (iv)  Consent of Other Residents -by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

( ✓ ) Other: _Def not to enter any gov't buildings unless required by_

( ) Other: _that government agency_

( ✓ ) Other: _Due to Covid-19 pandemic, def shall report to USM in Newark NJ for processing on a date TBD._

**ADVICE OF PENALTIES AND SANCTIONS**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_by video consent_
_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   1/12/21
_____          _____
                                 Judicial Officer's Signature

                                 U.S.M.J. SANTH YA THAIDORALDOR
                                 _____
                                 Printed Name and Title

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE JUDGE: ___Waldor___

CASE NO. __2:21-9026__

UNITED STATES OF AMERICA

*Plaintiff*

DATE OF PROCEEDINGS: __1/12/21__

v.

THOMAS BARANYI

*Defendant*

DATE OF ARREST: __1/12/21__

**PROCEEDINGS:** __Initial__

☑ COMPLAINT
☑ ADVISED OF RIGHTS          *for today only, see below*
☐ ORDER OF DETENTION
☑ APPT. OF COUNSEL: ☑ AFPD    ☐ CJA
☐ PRELIMINARY HEARING WAIVED ON THE RECORD
☐ CONSENT TO MAGISTRATE'S JURISDICTION
☐ PLEA ENTERED: ☐ GUILTY    ☐ NOT GUILTY
☐ PLEA AGREEMENT
☐ RULE 11 FORM
☐ FINANCIAL AFFIDAVIT EXECUTED
☐ OTHER: _____

☐ TEMPORARY COMMITMENT
☐ CONSENT TO DETENTION WITH RIGHT TO MAKE A
  BAIL APPLICATION AT A LATER TIME
☐ BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
☑ BAIL SET: __100,000.⁰⁰__
    ☑ UNSECURED BOND
    ☐ SURETY BOND SECURED BY CASH/PROPERTY
☐ TRAVEL RESTRICTED _____
☐ REPORT TO PRETRIAL SERVICES
☐ DRUG TESTING AND/OR TREATMENT
☐ MENTAL HEALTH TESTING AND/OR TREATMENT
☐ SURRENDER AND/OR OBTAIN NO PASSPORT
☑ SEE ORDER SETTING CONDITIONS OF RELEASE FOR
  ADDITIONAL CONDITIONS

**HEARING SET FOR:**

☐ PRELIMINARY/REMOVAL HRG.
☐ DETENTION/BAIL HRG.
☐ TRIAL: ☐ COURT ☐ JURY
☐ SENTENCING
☑ OTHER: __Initial in USDC of DC.__

DATE:_____
DATE:_____
DATE:_____
DATE:_____
DATE: __1/18/21 1pm (Michael)__

**APPEARANCES:**

AUSA: __Joyce Malliet__

DEFT. COUNSEL: __Adam Axel (for today only)__

PROBATION:_____

INTERPRETER_____
            Language:

TIME COMMENCED: __4:15pm__
TIME TERMINATED: __4:45pm__
CD NO: __Zoom__

- Def has retained counsel,
  counsel unavailable for todays
  hearing. FPD steps in for todays
  purposes only

- Def consent to hearing by
  video

_____
        TIM GORMAN
        DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Thomas Baranyi ,

Defendant.

Mag No. _21-9026_____

**ORDER**

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this __12___ day of _January_____ , 2021, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

_____
Hon. Cathy L. Waldor
United States Magistrate Judge

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-09026-CLW-1

Case title: USA v. SEALED                      Date Filed: 01/12/2021
Other court case number: 21-mj-24 District of Columbia    Date Terminated: 01/12/2021

Assigned to: Magistrate Judge Cathy L.
Waldor

**Defendant (1)**

**THOMAS BARANYI**                 represented by **ADAM K. AXEL**
*TERMINATED: 01/12/2021*                 OFFICE OF THE FEDERAL PUBLIC
                             DEFENDER
                             1002 BROAD STREET
                             NEWARK, NJ 07102
                             973-522-0070
                             Email: adam_axel@fd.org
                             *TERMINATED: 01/12/2021*
                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE NOTICED*
                             *Designation: Public Defender or*
                             *Community Defender Appointment*

**Pending Counts**                 **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                   **Disposition**

18:1752(a) Restricted Building or Grounds

**Plaintiff**

**USA**
*TERMINATED: 01/12/2021*

represented by **JOYCE M. MALLIET**
UNITED STATES ATTORNEY'S OFFICE
970 BROAD STREET
ROOM 702
NEWARK, NJ 07102
(973) 645-2876
Email: joyce.malliet@usdoj.gov
*TERMINATED: 01/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2021 | | Arrest (Rule 5) of THOMAS BARANYI (tjg, ) (Entered: 01/12/2021) |
| 01/12/2021 | 1 | Rule 5 Documents Received as to THOMAS BARANYI (Attachments: # 1 Affidavit, # 2 AW)(tjg, ) (Entered: 01/12/2021) |
| 01/12/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge Cathy L. Waldor:Initial Appearance in Rule 5 Proceedings as to THOMAS BARANYI held on 1/12/2021 (Court Reporter/Recorder Zoom.) (tjg, ) (Entered: 01/12/2021) |
| 01/12/2021 | 3 | WAIVER of Rule 5 Hearings by THOMAS BARANYI (tjg, ) (Entered: 01/12/2021) |
| 01/12/2021 | 4 | ORDER Setting Conditions of Release as to THOMAS BARANYI (1) 100,000.00 UNSECURED (Finance notified). Signed by Magistrate Judge Cathy L. Waldor on 1/12/21. (tjg, ) (Entered: 01/12/2021) |
| 01/12/2021 | 5 | UNSECURED Bond Entered as to THOMAS BARANYI in amount of $ 100,000.00, (tjg, ) (Entered: 01/12/2021) |
| 01/12/2021 | 6 | BRADY ORDER as to THOMAS BARANYI. Signed by Magistrate Judge Cathy L. Waldor on 1/12/21. (tjg, ) (Entered: 01/12/2021) |
| 01/12/2021 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to THOMAS BARANYI. Your case number is: 21-mj-24. Docket sheet and documents attached. *(If you require certified copies of any documents, please send a request to InterdistrictTransfer_NJD@njd.uscourts.gov.)* (tjg, ) (Entered: 01/12/2021) |