IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-62 (JEB) |
| **THOMAS BARANYI** | ) | |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Thomas Baranyi, through undersigned counsel, respectfully moves this Honorable Court to continue the status hearing currently scheduled for March 24, 2021 at 11:00 a.m. for an additional 40 days. The government does not oppose this motion. The defense is in the process of reviewing discovery in this case and is awaiting additional discovery in this case. As a result, the parties agree that exclusion of time under the Speedy Trial Act is warranted in the interest of justice.

The parties respectfully request that the status hearing be rescheduled to May 5th or at any time thereafter that the Court is available.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

\_\_\_\_/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 18th day of March 2021, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender