

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 19, 2021

<u>Via Email</u>
Ubong Akpan
Federal Public Defender for the District of Columbia
625 Indiana Ave, NW
Washington, DC 20004
Ubong_akpan@fd.org

   Re: *United States v. Thomas Baranyi*
     Case No. 1:21-cr-00062-JEB

Dear Counsel:

  The following materials were provided in discovery today:

1. CD of defendant's phone (mailed via FedEx)
2. TD Bank subpoena returns
3. Extracted videos from defendant's phone (23 files, zipped)
4. Extracted photos from defendant's phone (11 files, zipped)
5. Text message threads from defendant's phone (7 files)
6. MARKED HIGHLY SENSITIVE -- U.S. Capitol Police surveillance footage (20 files, zipped)
7. Additional open-source videos (2 files)
8. Social media posts about the defendant (3 files)

  These materials are subject to the Protective Order in this case.

  The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

  I will forward additional discovery as it becomes available.  If you have any questions,

please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov