

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

June 1, 2021

<u>Vila Email</u>
Ubong Akpan
Federal Public Defender for the District of Columbia
625 Indiana Ave, NW
Washington, DC 20004
Ubong_akpan@fd.org

  Re: *United States v. Thomas Baranyi*
     Case No. 1:21-cr-00062-JEB

Dear Counsel:

  The following materials were provided in discovery today via USAFx:

  1. Metropolitan Police Department body worn camera footage (16 files)

  These materials are subject to the Protective Order in this case.

  The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

  I will forward additional discovery as it becomes available.  If you have any questions, including specific requests, please feel free to contact me.

            Sincerely,

            _____
            Candice C. Wong
            Assistant United States Attorney
            202-252-7849
            Candice.wong@usdoj.gov