

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 1, 2021

<u>Via Email</u>
Ubong Akpan
Federal Public Defender for the District of Columbia
625 Indiana Ave, NW
Washington, DC 20004
Ubong_akpan@fd.org

   Re: *United States v. Thomas Baranyi*
     Case No. 1:21-cr-00062-JEB

Dear Counsel:

  The following materials were provided in discovery today via filesharing to defense counsel's designated recipient at the Office of the Federal Public Defender:

1. Excerpts of Metropolitan Police Department body worn camera footage from Upper House Door exit (24 videos)
2. Open-source videos: CSPAN; Storyful; two of shooting (4 videos)
3. MARKED SENSITIVE: Officer interview transcripts (2 files)
4. MARKED SENSITIVE: Videos obtained via legal process and otherwise from other Capitol investigations (17 files):
   a. D-2 – 3 photographs, 1 video
   b. D-3 – 3 videos
   c. D-4 – 1 video
   d. D-5 – 1 video
   e. D-6 – 1 video
   f. D-7 – 1 video
   g. W-4 – 2 videos
   h. W-5 – 1 video
   i. W-6 – 3 videos
5. MARKED HIGHLY SENSITIVE: CCTV Crypt East footage

  These materials are subject to the Protective Order in this case.  Please adhere to sensitivity markings.

The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I will forward additional discovery as it becomes available.  If you have any questions, including specific requests, please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov