

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 3, 2021

Via Email
Ubong Akpan
Office of the Federal Public Defender for the District of Columbia
625 Indiana Ave, NW
Washington, DC 20004
Ubong_akpan@fd.org

    Re:    *United States v. Thomas Baranyi*
             Case No. 1:21-cr-00062-JEB

Dear Counsel:

The following materials were provided in discovery today:

1. Open-source videos (2 files):
    a. Rumble-Nemos
    b. CSPAN
2. MARKED SENSITIVE: Officer interview transcripts (2 files)
3. MARKED SENSITIVE: Videos obtained via legal process and otherwise from other Capitol investigations (2 files):
    a. D-9 video
    b. D-10 video

These materials are subject to the Protective Order in this case. Please adhere to sensitivity markings.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I will forward additional discovery as it becomes available. If you have any questions,

including specific requests, please feel free to contact me.

                                           Sincerely,

                                           Candice C. Wong
                                           Assistant United States Attorney
                                           202-252-7849
                                           Candice.wong@usdoj.gov