

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

November 23, 2021

<u>Via Email</u>
Ubong Akpan
Office of the Federal Public Defender for the District of Columbia
625 Indiana Ave, NW
Washington, DC 20004
Ubong_akpan@fd.org

      Re:    *United States v. Thomas Baranyi*
                 Case No. 1:21-cr-00062-JEB

Dear Counsel:

      The following materials were provided in discovery today, via filesharing:

    1.   Additional FBI serials (21, 59, and 102) relating to or mentioning the
        defendant (6 files)

      These materials are subject to the Protective Order in this case.  Please adhere to
sensitivity markings.

      The discovery is unencrypted.  Please contact me if you have any issues accessing the
information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

      I will forward additional discovery as it becomes available.  If you have any questions,

including specific requests, please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov