UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.   : | Crim No. 1:21-cr-00062-JDB |
| : | |
| THOMAS BARANYI,   : | |
| : | |
| Defendant.   : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Thomas Baranyi, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count

1

of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 p.m. after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Thomas Baranyi's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Thomas Baranyi, traveled from New Jersey to Washington, D.C. to join in objections to the Electoral College vote certification for the 2020 Presidential Election on January 6, 2021.  The defendant sent a text message to W-1 in the early morning on January 6, 2021, stating that "I'm so happy man I'm finally going to be a part of it and not just talking about it."  In prior weeks, the defendant had texted W-1 that "They [politicians] have to be removed.  By force.  That's the only way." (Dec. 14, 2020); "Bludgeon thru them to get to the government that's the only way left" (Dec. 12, 2020); and "Let's hope jan 6 they do the right thing and object" (Dec. 25, 2020).

9. On January 6, 2021, the defendant was among the scores of individuals who entered the U.S. Capitol Building without permission while Congress convened to certify the Electoral College vote.  The defendant entered at approximately 2:23 pm through the Senate

Wing Door. The defendant remained in the Building until law enforcement officers ushered a crowd including the defendant out of the East Front House Door at approximately 2:56 p.m.

10. While inside the Capitol Building, the defendant walked through areas including the Crypt and Statutory Hall before joining a large crowd gathered around a barricaded door to the Speaker's Lobby, a hallway that connects to the House of Representatives Chamber in the U.S. Capitol Building.

11. The defendant saw an officer behind the Speaker's Lobby door with a gun raised and approached the door and appeared to motion to a female near the front of the crowd to stand down. The female was shot climbing through a glass panel that was smashed out by another member of the crowd.

12. The defendant knew at the time he entered the U.S. Capitol Building that that he did not have permission to enter the building and the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress.

13. Upon exiting the Capitol Building on January 6, 2021, the defendant gave a televised interview to WUSA-9 on the U.S. Capitol grounds, in which he made statements including the following:

    a. "We tore through the scaffolding, through flash bangs and tear gas, and blitzed our way in through all the chambers just trying to get into Congress or whoever we could get in to and tell them that we need some kind of investigation into this."

    b. "We had stormed into the chambers inside and there was a young lady who rushed through the windows. A number of police and Secret Service were saying get down, get out of the way. She didn't heed the call and as we kind of raced up to try to grab people and pull them back, they shot her in the neck, and she fell back

on me."

c. "[I]t could have been me, but she went in first. It was one of us."

d. "It was a joke to them until we got inside and then guns came out, but we're at a point now, it can't be allowed to stand."

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: *[signature]*

Candice C. Wong
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Thomas Baranyi, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 01/25/2022

_Thomas Baranyi_
Thomas Baranyi
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 01/25/2022

_Ubong E. Akpan_
Ubong Akpan
Attorney for Defendant