**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-62 (JEB) |
| **THOMAS BARANYI** | ) | |

**UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING AND DEADLINES**

Thomas Baranyi, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing, scheduled for May 6, 2022 and the deadlines to file sentencing memoranda.  Defense counsel needs additional time to prepare for the sentencing.  The government does not oppose this motion.  The parties are available on June 17, 2022 at 2:00 p.m. for the sentencing hearing.  The parties agree that excluding time under the Speedy Trial Act is warranted because the ends of justice served by the continuance outweigh the public's interest and the Defendant's interest in a speedy trial.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 26th day of April 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender