UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-00062-JEB |
| : | |
| THOMAS BARANYI, : | |
| : | |
| Defendant. : | |
| : | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video exhibits to the Government's Sentencing Memorandum, ECF 51, which will be provided to defense counsel and the Court via USAfx:

Submitted Exhibit A:  A video recorded by Baranyi through his phone, within the Crypt of the U.S. Capitol building.

Submitted Exhibit B:  An open source video capturing Baranyi within the U.S. Capitol Building on January 6, 2021.

Submitted Exhibit C:  An open-source video, watermarked "Insurgence USA," capturing Baranyi within the U.S. Capitol building on January 6, 2021.

Submitted Exhibit D:  An open-soource video, watermarked "The Resistance.Video," capturing Baranyi within the U.S. Capitol Building on January 6, 2021.

Submitted Exhibit E:  An open-source video capturing Baranyi within the U.S. Capitol Building on January 6, 2021.

Submitted Exhibit F:  An open-source video, watermarked "Benjamin Reports," capturing Baranyi within the U.S. Capitol Building on January 6, 2021.

      Submitted Exhibit G:  An open-source video, recorded by Washington D.C. station WUSA channel 9, recording an interview with Baranyi.

The full videos were previously provided to the defense in discovery.  Capitol security video, recording the same moments within the above videos, show Baranyi in the same locations and establish their accuracy.

    If this Court accepts the video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        U.S. ATTORNEY
                        DC Bar No. 481052

By:    /s/ *Michael W. Mitchell*
        MICHAEL W. MITCHELL
        Assistant United States Attorney
        Detailed to the District of Columbia
        Texas Bar No.  24037126
        555 4th Street, N.W.
        Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the forgoing motion was served upon counsel of record through ECF on the date of filing, this the 10th day of June, 2022.

By:    /s/ *Michael W. Mitchell*
MICHAEL W. MITCHELL
Assistant United States Attorney
Detailed to the District of Columbia
Texas Bar No. 24037126
555 4th Street, N.W.
Washington, D.C. 20530

3