# EXHIBIT 1

To the Honorable James E. Boasberg ,

My name is Rahsaan Hall and I am the General Manager of the Planet Fitness in Ewing NJ.  I've known Thomas for about a year and a half now.

I would like to tell you about the great qualities of Thomas from the aspect of a General manager and more importantly a friend. I would consider Thomas second in command of the gym behind me. He has more responsibility than anyone else on staff including my assistant manager. The responsibilities that Thomas handles on a day-to-day basis are not in his job description these are task that he saw when getting hired needed to be handled and he has stepped up to the plate without any questions being asked.  Thomas has been a huge asset to our team and this company and has made my job easier.

Its rare that when in Management your employees are someone you can truly call a friend yet that is what Thomas has become to me. We are able to have discussions about family and friends and I value his opinion and often go to him for advice for non-work related issues.

Thomas has been a pilar in Mercer County. Every week he Volunteers at the Marine core and helps future Marines study and pass there ASVAB testing all while working a full-time job and opening the gym up at 4:30 am.

I realize that given the current circumstances the qualities that I am highlighting about Thomas might not line up with the actions taken place on that day but ever since meeting Thomas he has left no doubt in my mind that he is a great person with a good family background and stand-up character.

Wholeheartedly,

Rahsaan Hall