# EXHIBIT 2

To the Honorable Judge Boasberg

I am Aishe Tufa from Bulqize, Albania. I am 36 years old. I have studied foreign languages at University of Tirana/Albania, both French and English. After finishing my studies, I have worked as a teacher since 2011 at a primary and secondary school in my town.

During my work as a teacher, we have had collaboration with Peace Corps Albania. They train American volunteers to assist as English teachers at our schools.

The second American Volunteer that came at our school was Thomas Baranyi, one of the best colleagues I have had over the years. We worked together at the primary and secondary school Xhevdet Doda in Bulqize for two years.

Thomas served as a Peace Corps volunteer from April 2018 to February 2020, in the role of assistant teacher at the school where I have worked. In terms of teaching, I would say that Thomas has been more than an assistant teacher. Together we have drafted the lesson plans, the projects developed with the students during the year, as well as the clubs after the lesson. In the classroom we mostly did co-teaching, but sometimes Thomas would teach lessons alone. He is able to manage the classroom and to build good relationships with students. Students love him.

Thomas has always been polite, patient and available all the time. He has not only helped improve English communication, but he has always encouraged critical thinking and has been in tune with the needs of his students. Apart from being a very good colleague, Thomas has also been a very good friend. We have always been discussing ideas and projects that help develop our community.

We live in a small area, and we all know each other. Everyone knew Tom too. He was always polite with people; he never got bothered by them. We were all very sad when Tom finished his service as a volunteer and had to leave. But even though he left, distance did not weaken our friendship, we still continue to be very close friends.

Though miles apart, we either call or send messages on a daily basis. We chat about the events in our lives so far, good and bad moments we have. He always encourages me to face problems as they are and not to duck under during adverse situations.

The trait that connects us the most, I think, is the strong personality. I like people with strong personalities. They have the drive and desire to achieve their goals, and they always work for them. Thomas always lets his opinion be known whether it will be popular or not. He is not too worried about what others think of his opinions, not afraid to say something that he believes is the right thing.

I think all people should be like Thomas, who thinks with his head, and believes in ideals and principles. I am really happy that I knew him, and I think that we will be friends for a long time.

Dear Judge, I am writing this letter to you in support of my friend Thomas. I hope you take into consideration my true opinion about him.

04/04/2022                                              AISHE TUFA