# EXHIBIT 3

FEB 22, 2022

TO THE HONORABLE JAMES E. BOASBERG

MY NAME IS DAVID PROCACCINO IM RETIRED FROM THE STATE OF NEW JERSEY WITH OVER 34 YEARS OF SERVICE. I CURRENTLY WORK WITH YOUNG INDIVIDUALS WITH DISABILITIES. IN MY DOWNTIME I WORK OUT AT A LOCAL GYM WHICH IS WHERE I MET TOM. I'VE KNOWN HIM SINCE HE BEGAN HIS EMPLOYMENT THERE IN EITHER APRIL/MARCH OF 2021. IN THAT TIME I'VE KNOWN HIM TO BE PERSONABLE, FRIENDLY, HARDWORKIN AND MOST OF ALL RESPONSIBLE.

HE IS DETERMINED AND PASSIONATE WHEN IT COMES TO MAKING A POSITIVE INFLUENCE IN THE WORLD. I KNOW THIS FACT TO BE TRUE AFTER ENGAGING IN MANY CONVERSATIONS, THAT WE HAD MANY COMMON INTRESTS, SUCH AS HIS VOLUNTEERING, AND TUTORING WITH THE YOUTH, HIS TIME SPENT IN THE PEACE CORP. WE CAN BOTH AGREE THAT BOTH THOMAS AND MYSELF THE ULTIMATE GOAL AND DESIRE IS TO MAKE A DIFFERENCE AND TRYING TO MAKE THE WORLD A BETTER PLACE. A PRIME EXAMPLE IS HIS TIME SPENT TEACHING IN ALBANIA. HIS STUDENTS LOOKED TO HIM FOR GUIDANCE, ADVICE AND MENTORING.

AT THIS POINT OF TIME I WAS UNAWARE OF WHAT TOM WAS ACCUSED OF. THE ACCUSATION WAS REVEALED TO ME IN CONVERSATION WITH A FELLOW GYM MEMBER. I WAS IN TOTAL SHOCK AND DISBELIEF TO SAY THE

LEAST ESPECIALLY IN KNOWING THIS YOUNG MANS CHARACTER AND BEING A GREAT JUDGE OF CHARACTER MYSELF. DURING ONE OF OUR MANY CONVERSATIONS I FELT COMPELLED TO MENTION THAT I WAS AWARE OF THE INCIDENT/INVOLVEMENT ON JANUARY 6TH.

I TOLD THOMAS WE ALL MAKE MISTAKES, WE ALL HAVE LAPSES IN JUDGEMENT, AND IF WE ALL HAD SOMETHING TO DO OVER AGAIN WE WOULD LOVE THE OPPORTUNITY TO DO SO. I ALSO TOLD HIM. ONE BAD DESCISION DOES NOT MAKE A BAD PERSON. I ALSO STATED IT WAS NOT UP TO ME TO JUDGE HIM.

THOMAS WENT THERE JUST TO HAVE HIS VOICE HEARD ON WHAT HE BELIEVED TO BE A STOLEN ELECTION. HE DID NOT HAVE HATRED IN HIS HEART TO HURT OR HARM ANYONE. IT WAS NOT HIS INTENT OR DID HE DESTROY OR STEAL PROPERTY.

I DID NOT VOTE FOR DONALD TRUMP BUT I UNDERSTAND WHY PEOPLE DID.

I LEARNED A LOT FROM MY CONVERSATIONS WITH THOMAS. AND ALTHOUGH OUR POLITICAL BELIEFS ARE DIFFERENT. WE HAVE MORE IN COMMON THAN YOU THINK. WE TREAT EACH OTHER WITH RESPECT, KINDNESS, SYMPATHY, UNDERSTANDING. I'VE SEEN AND READ LETTERS HE'S RECIEVED I'VE SEEN AND READ COMMENTS SPEWING SUCH HATEFUL WORDS.

I TRULY BELIEVE THAT THOMAS COULD DO MORE GOOD AND BE MORE BENEFICIAL TO SOCIETY BY NOT DOING JAILTIME. I KNOW THIS HAS MADE HIM STRONGER, I KNOW THAT HE HAS GROWN AND MATURED FROM THIS. I KNOW HE WILL TAKE THIS NEGATIVE AND TURN IT INTO A POSITIVE AND THAT HE WILL USE THIS OPPORTUNITY TO HELP OTHERS & CREATE CHANGE FOR THE BETTER AND DO HIS PART TO MAKE THE WORLD A BETTER PLACE. PLEASE LOOK BEYOND WHAT YOU MAY HAVE SEEN OR HEARD ON THE NEWS OUTLETS. THERE IS SO MUCH GOOD IN THIS YOUNG MAN AND SUCH A POTENTIAL FOR GREATNESS I HOPE LENIENCY IS GIVEN.

YOURS TRULY,

DAVID PROCACCINO