# EXHIBIT 4

To Honorable Judge Boasberg,

My name is William R. Mathews and I have known Tom Baranyi for close to five years. We first met, while working for State of the Art Services. He was at the time he was attending The College of New Jersey majoring as a Teacher with the hopes of becoming a history teacher. After graduating, he enrolled to join the Peace Corps, where he spent 2 years in Albania teaching English to the local children in Albania. During his time in Albania, we stayed in contact with relaying local and sports information, while he told me of his experience with the locals.

Since his return, we have kept in contact via WhatsApp and texting. We share a mutual interest in writing and football and Consider Tom to a Nephew to me. It has come to my attention that Tom had a serious lapse in judgement, as young adults sometimes do. He was in the wrong place at the wrong time and is haunted by the images he had witnessed. Even though I do not approve of his actions I beseech you Honorable Judge Boasberg to show leniency on Thomas Baranyi for his lack of judgement in a sensitive time in our history.

Tom is a good person and hard working. He has his hopes and dreams that should not be tarnished because of one decision, which if he had asked me, I would have told him not to be part of. He understands his mistake and regrets it. I hope that you will take into account to what I said and show him leniency.

Thank you and God Bless,

William R. Mathews