# EXHIBIT 5

March 21 2022

To Whom it may concern,

I am writing on behalf of Mr. Thomas Baranyi. I have known Tom since elementary school, and we have been close friends since then.

He is one of the most honorable and trustworthy people I ever had the pleasure to know. He has always been kind to me and my family and very fun to be around. In our friendship, he has always been there for me, especially during family issues. He made it a point to be there and show support over the years. People tend to treat me differently because of my disability, but Tom has always treated me like a brother.

While I was surprised to learn of the situation. I have no doubt in my mind that Thomas Baranyi is ready to accept responsibility for his actions. I am more than confident, that he will emerge a better person after this ordeal.

In closing, I hope Your Honor takes my letter into consideration at the time of sentencing. Despite the current situation, I honestly believe Tom Baranyi is an upstanding, compassionate, and sincere person.

Sincerely,

*Matthew Breckenridge*
Matthew Breckenridge